# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

133077

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellant,

v

TODD VAUGHAN and VINCENT GIOVANNI,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133077
COA: 268908
Oakland CC: 05-065547-CK

On order of the Court, the application for leave to appeal the October 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would reverse the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and remand this case to the Oakland Circuit Court for further proceedings not inconsistent with the Court of Appeals dissent.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

_____
Clerk

p1010